UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA<br>v.<br>MATTHEW HUNTER SHARP<br>KENNETH JEVON HALE<br>SHAUN JASON MARVIN<br>MICHAEL LEE OTIS-CURRIE | Case No.:<br><br> UNDER SEAL |
|---|---|

ORDER

This matter having come before the Court pursuant to the application of the United States to seal the above-captioned complaint, warrants and related documents, including the statement of facts in support thereof and all attachments thereto and other related materials, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution, destruction of or tampering with evidence, intimidation of potential witnesses, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1. IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the complaint, warrants, the statement of facts in support thereof, all attachments thereto and other related materials, the instant application to seal, and this Order are sealed until otherwise ordered by the Court.

2. IT IS FURTHER ORDERED that the Clerk's office shall not make any entry on the public docket of the materials until further order of the Court.

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE

1