UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

   v.

Matthew Sharp                 Crim No.: 1:21- MJ-5

   Defendant.

## DEFENDANT'S MOTION TO PERMIT TRAVEL

Defendant has been released on house arrest, in the third-party custody of his father, for approximately five months. He has been in compliance with all conditions of release without incident. Defendant has not seen his paternal grandparents since his arrest. Defendant seeks leave of court to attend the "Air Show" at Dayton Airport on July 10, 2021. He would be in the company and under the supervision of his father the whole time he is out of the house. They would be leaving the house early in the morning and returning home approximately 6:00 pm. In addition to his father, his paternal grandparents would also accompany them for the day.

**WHEREFORE,** defendant requests that the Court permit him to leave the house to attend the Dayton Air Show on July 10, 2021 conditioned on his being in the company of and under the supervision of his father the whole time he is out of the house.

Respectfully submitted,

__/s/_____
Jonathan Zucker # 384629
37 Florida Av. NE
Suite 200
Washington, DC  20002
(202) 624-0784
jonathanzuckerlaw@gmail.com
Counsel for Matthew Sharp

**CERTIFICATE OF SERVICE**

I certify that on June 11, 2021, I caused a copy of the foregoing Motion to be filed with the Clerk using the CM/ECF System which will send notification of this filing to all parties.

Courtesy copies were sent by email to the assigned AUSAs.

___/s/_____
Jonathan Zucker

UNITED STATES OF AMERICA

    v.

Matthew Sharp                    Crim No.:  1:21- MJ-5

Defendant.

## ORDER PERMITTING DEFENDANT TO LEAVE HOME FOR LIMITED EVENT

Upon consideration of the Defendant's Motion, the defendant is granted leave to leave his home on July 10, 2021, for the limited purpose of attending the Air Show at Dayton Air Port conditioned on defendant being in the company of and under the supervision of his father, third party custodian, the entire time he is out of the house. All other conditions of release remain in place.

So ordered this _____ day of June, 2021

_____

Judge United States District Court for the District of Columbia